UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                             Case No. 16–31092
                                                  Chapter 13
Jerison Lamorian Garrett,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on October 2, 2017 at 01:30 PM

to consider and act upon the following:

*33* – Motion to Modify Mortgage For Approval Of A Trial Loan Modification Agreement and Request For Telephonic Hearing filed by Stephen Bulgarella on behalf of Select Portfolio Servicing, Inc As Servicing Agent For The The Bank Of New York Mellon As Trustee For CWABS INC Asset–Backed Certificates, Series 2006–8. (Attachments: # 1 Trial Loan Agreement) (Bulgarella, Stephen)

---

Each party desiring to be heard MUST CALL TeleConference Services at least 5 minutes prior to the commencement of court.

PHONE: **1–888–431–3632 Participant Code: 361328**
CONFERENCE HOST: Jackie McLain

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

    – Mute your telephone as applicable until your case is called
    – Do not place the phone on hold during the call as many companies utilize background music

    If you cannot mute your phone:
    – Do not conduct work such as paper shuffling or keyboard typing
    – Do not address the court until you are called upon
    – Remain silent while waiting
    – Refrain from making unnecessary noise
    – Turn off electronics that broadcast sound – television, radio
    – Follow conference coordinator instructions as provided

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated September 15, 2017

Juan–Carlos Guerrero
Clerk of Court